IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALEJANDRO VELA,                        )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )
                                       )
MARK CHRISTIAN, *et al.*,              )
                                       )
            Defendant.                 )      Civil Action No. 3:20-CV-0990-C-BH

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge therein advising that Plaintiff's claims should be dismissed.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error

and finds none.  It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation

are **ADOPTED** as the findings and conclusions of the Court.  For the reasons stated therein, the

Court **ORDERS** that Plaintiff's claims under *Bivens* be **DISMISSED**.

SO ORDERED.

Dated December ___1___, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has failed to file objections to the United States Magistrate Judge's Findings,
Conclusions, and Recommendation and the time to do so has now expired.